IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD ALVAREZ,
    Plaintiff,

vs.                            CASE NO. 5:08cv220-SPM/MD

MARY M. MITCHELL, et al.,
    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated July 22 2008 (doc. 5). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 5) is adopted and incorporated by reference in this order.

2.    This case is transferred to the United States District Court for the Middle District of Florida.

DONE AND ORDERED this 25th day of August, 2008.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge